| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **TRENK, DiPASQUALE, WEBSTER,**<br>**DELLA FERA & SODONO, P.C.**<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052<br>(973) 243-8600<br>Richard D. Trenk (RT6874)<br>*Proposed Counsel to Debtors and*<br>*Debtors-in-Possession* |

| | |
|---|---|
| In re:<br><br>BEACON VILLAGE, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 10-21397 (MS)<br>*\*Motion for Joint Administration Pending*<br><br>Honorable Morris Stern |
| In re:<br><br>ALLENTOWN APARTMENTS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 10-21404 (MS)<br><br>Honorable Morris Stern |
| In re:<br><br>TUDOR ARMS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 10-21410 (MS)<br><br>Honorable Morris Stern |

**FILED** APR 19 2010  U.S. BANKRUPTCY COURT NEWARK, N.J.

### ORDER REGARDING APPLICATION FOR
### EXPEDITED CONSIDERATION OF FIRST DAY MATTERS

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED.**

4/19/10

(Page 2)

| | |
|---|---|
| Debtors: | Beacon Village, LLC, et al. |
| Case Nos.: | 10-21397 (MS), et al. (Joint Administration Pending) |
| Caption of Order: | Order Regarding Application for Expedited Consideration of First Day Matters |

The bankruptcy cases of Beacon Village, LLC, Allentown Apartments, LLC, and Tudor Arms, LLC were filed on April 15, 2010. An Application for Expedited Consideration of First Day Matters was filed. After review of the initial pleadings filed in this case which have been designated by counsel as requiring expedited consideration, and for good cause shown;

**IT IS HEREBY ORDERED** that the following motions are set down for hearing before the Honorable Morris Stern in Courtroom #3A located at the United States Bankruptcy Court, M.L. King Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey 07102, at the date and time as set forth below:

| Hearing Date | and Time |
|---|---|
| 1. Motion for Entry of an Order Directing Joint Administration of Debtors' Chapter 11 Cases. | 4/20 @ 12:30 PM |
| 2. Motion for Entry of an Order Authorizing the Interim and Final Use of Cash Collateral | " " |
| 3. Motion for a Bridge Order and a Final Order (i) Prohibiting Utility Companies From Discontinuing, Altering or Refusing Service, (ii) Deeming Utility Companies to Have Adequate Assurance of Payment; and (iii) Establishing Procedures for Resolving Requests for Additional Assurance Pursuant to 11 U.S.C. §§ 105(a) & 366 | " " |
| 4. Motion for an Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Certain Procedures for the Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court. | " " |

(Page 3)

| | |
|---|---|
| Debtors: | Beacon Village, LLC, et al. |
| Case Nos.: | 10-21397 (MS), et al. (Joint Administration Pending) |
| Caption of Order: | Order Regarding Application for Expedited Consideration of First Day Matters |

**IT IS FURTHER ORDERED**, that service of the within Order shall be made in accordance with the Court's General Order Adopting Guidelines Governing First Day Matters; and

**IT IS FURTHER ORDERED**, that objections and/or responses to First Day Matters, if any, shall be made in accordance with the Court's General Order Adopting Guidelines Governing First Day Matters.

F:\WPDOCS\A-M\Connolly Properties\Beacon Village, LLC\Expedite First-Day Matters - Order.doc