B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re   Beacon Village, LLC _____

_____ Debtor

Case No.   10-21397 (MS) _____

Chapter   11 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ Unknown | | |
| B – Personal Property | YES | 3 | $ 79,571.48 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 3,800,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 206,696.87 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| TOTAL | | 18 | $ Unknown | $ 4,006,696.87 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

# United States Bankruptcy Court
## District of New Jersey

| | | |
|---|---|---|
| In re | Beacon Village, LLC | Case No. ___10-21397 (MS)___ |
| | Debtor | |
| | | Chapter ___11___ |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR,** Form 22B Line 11; **OR,** Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

**B6A (Official Form 6A) (12/07)**

In re   Beacon Village, LLC                                    Case No.   10-21397 (MS)
        **Debtor**                                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Beacon Village Apartments<br><br>750 East Front Street<br>Plainfield, NJ 079060 | | | Unknown | 3,800,000.00 |
| | | Total ➤ | Unknown | |

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6B (Official Form 6B) (12/07)

In re ___Beacon Village, LLC_____    Case No. ___10-21397 (MS)_____
           **Debtor**                                                                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account<br>TD Bank<br>1060-1068 Stelton Road<br>Piscataway, NJ 08854 | | 254.48 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | PSE&G security deposit<br>PO Box 14105<br>New Brunswick, NJ 08906-4105 | | 1,850.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6B (Official Form 6B) (12/07) -- Cont.

In re  Beacon Village, LLC                                              Case No.  10-21397 (MS)
                  Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Amounts due from tenants for rental charges | | 77,467.00 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 30386

B6B (Official Form 6B) (12/07) -- Cont.

In re   Beacon Village, LLC _____     Case No.   10-21397 (MS) _____
                 **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | __0__  continuation sheets attached      Total | | $   79,571.48 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  - 30386

B6C (Official Form 6C) (04/10)

In re  Beacon Village, LLC                                    Case No.  10-21397 (MS)
_____                              _____
               **Debtor**                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)                    ☐  Check if debtor claims a homestead exemption that exceeds
☐  11 U.S.C. § 522(b)(3)                        $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6D (Official Form 6D) (12/07)

In re  Beacon Village, LLC                          ,          Case No. 10-21397 (MS)
            Debtor                                                      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Lien: First Mortgage | | | | | 3,800,000.00 |
| Sovereign Bank Attn. Sharil A. Clarke, Esq., VP and Sr. Counsel 619 Alexander Road Princeton, NJ 08540 | | | Security: Beacon Village Apts., 750 E. Front Street, Plainfield, NJ 07060 | | | | 3,800,000.00 | |
| | | | VALUE $ Unknown | | | | | |
| ACCOUNT NO. | | | Lien: First mortgage | | | | | |
| Sovereign Bank c/o Kevin J. Larner, Esq. Riker Danzig Scherer Hyland & Perretti LLP Headquarters Plaza 1 Speedwell Avenue Morristown, NJ 07962 | | | Security: Beacon Village Apts., 750 E. Front Street, Plainfield, NJ 07060 | | | | Notice Only | Notice Only |
| ACCOUNT NO. | | | VALUE $ Unknown | | | | | |
| | | | VALUE $ | | | | | |

0   continuation sheets attached

|  | | Subtotal ▶ (Total of this page) | $3,800,000.00 | Unknown |
|---|---|---|---|---|
|  | | Total ▶ (Use only on last page) | $3,800,000.00 | Unknown |
|  | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**B6E (Official Form 6E) (04/10)**

In re  Beacon Village, LLC                                        ,          Case No.  10-21397 (MS)
_____                                    _____
                        Debtor                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

**B6E (Official Form 6E) (04/10) - Cont.**

In re    Beacon Village, LLC                                    ,    Case No.    10-21397 (MS)
                        Debtor                                                          (if known)

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                         2    **continuation sheets attached**

B6E (Official Form 6E) (04/10) - Cont.

In re  Beacon Village, LLC _____,        Case No.  10-21397 (MS)
_____
Debtor                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Internal Revenue Service<br>District Director<br>955 South Springfield Avenue<br>PO Box 724<br>Springfield, NJ 07081 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>Special Procedures Branch<br>Attention: Bankruptcy Section<br>PO Box 744<br>Springfield, NJ 07081-0744 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>IRS<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>State of New Jersey<br>Division of Taxation<br>Sales & Use Tax<br>PO Box 999<br>Trenton, NJ 08625 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __1__ of __2__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | Subtotal ►<br>(Totals of this page) | $        0.00 | $        0.00 | $        0.00 |
|---|---|---|---|---|
|  | Total ►<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
|  | Totals ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 30386

**B6E (Official Form 6E) (04/10) - Cont.**

In re  Beacon Village, LLC _____,                    Case No. _10-21397 (MS)_____
                    **Debtor**                                                     **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)      Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Tax Collector City of Plainfield 515 Watchung Avenue Plainfield, NJ 07060 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | | Subtotal (Totals of this page) | ▶ | $ 0.00 | $ | $ |
| | | | | | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | ▶ | $ 0.00 | | |
| | | | | | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | ▶ | $ | $ 0.00 | $ 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07)

In re    Beacon Village, LLC                              ,          Case No.    10-21397 (MS)
                    Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Accelerated Termite & Pest Control<br>1747 Front Street<br>Scotch Plains, NJ 07076 | | | | | | | 770.40 |
| ACCOUNT NO.<br>AFA Protective Systems, Inc.<br>155 Michael Drive<br>Syosset, NY 11791 | | | | | | | 25.00 |
| ACCOUNT NO.<br>Bayway Fire Protection, LLC<br>PO Box 14<br>Colonia, NJ 07067 | | | | | | | 139.44 |
| ACCOUNT NO.<br>Century Star Fuel Corp.<br>16 Tyson Place<br>Bergenfield, NJ 07621 | | | | | | | Notice Only |

    5    continuation sheets attached                          Subtotal ► $    934.84

                                                                 Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Beacon Village, LLC _____,    Case No. __10-21397 (MS)__
                      **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Connolly Properties, Inc. 128 East Seventh Street Plainfield, NJ 07060 | | | | | | X | 6,523.17 |
| ACCOUNT NO. | | | | | | | |
| Corbett Exterminating, Inc. 70 Jackson Drive Cranford, NJ 07016 | | | | | | | 632.91 |
| ACCOUNT NO. | | | Consideration: Personal injury claim | | | | |
| Crystal Grenald c/o George B. Somers, Esq. Takacs & Somers 315 Market Street Trenton, NJ 08650 | | | | X | | X | |
| ACCOUNT NO. | | | | | | | |
| Elizabethtown Water Company PO Box 371476 Pittsburgh, PA 15250-7350 | | | | | | X | 7,560.02 |
| ACCOUNT NO. | | | | | | | |
| ER Solutions, Inc. 800 SW 39th Street Renton, WA 98055 | | | | | | | 389.43 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 10386

Sheet no. _1_ of _5_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $   15,105.53

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Beacon Village, LLC
          Debtor

Case No.  10-21397 (MS)
          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. First Advantage Safe Rent PO Box 31462 Tampa, FL 33631-3462 | | | | | | | 199.39 |
| ACCOUNT NO. Gillmore, Gillmore & Graham 225 Lenox Avenue Westfield, NJ 07090 | | | | | | X | 3,500.00 |
| ACCOUNT NO. Hess Corporation PO Box 905243 Charlotte, NC 28290-5243 | | | | | | X | 42,988.12 |
| ACCOUNT NO. Hilltop Fuel 12 Spielman Road Fairfield, NJ 07004 | | | | | | X | 5,464.86 |
| ACCOUNT NO. Home Depot Commercial Credit PO Box 9055 Des Moines, IA 50365-9055 | | | | | | | 227.43 |

Sheet no. 2 of 5 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ 52,379.80

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re    Beacon Village, LLC_____,    Case No. ___10-21397 (MS)___
             Debtor                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Lentz Plumbing & Heating PO Box 274 East Hanover, NJ 07936-0274 | | | | | | X | 1,733.40 |
| ACCOUNT NO. Levy, Ehrlich & Petriello 60 Park Place Suite 1016 Newark, NJ 07102 | | | | | | | 687.00 |
| ACCOUNT NO. New Jersey American Water PO Box 371476 Pittsburgh, PA 15250-7476 | | | | | | | Notice Only |
| ACCOUNT NO. Plainfield Municipal Utilities Authority PO Box 23310 Newark, NJ 07189 | | | | | | X | 91,937.67 |
| ACCOUNT NO. Public Service Electric & Gas PO Box 14105 New Brunswick, NJ 08906-4105 | | | | | | X | 23,379.14 |

<div style="font-size:small">Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386</div>

Sheet no. _3_ of _5_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $    117,737.21
Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Beacon Village, LLC _____ ,    Case No. __10-21397 (MS)__
                  Debtor                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. R.L. Landscape Contractors PO Box 7336 Watchung, NJ 07069 | | | | | | X | 7,789.60 |
| ACCOUNT NO. Sandy Godoy by his g/a/l Rubia Cabrera c/o Thomas E. Hood, P.A. 139 East Seventh Street Plainfield, NJ 07060 | | | Consideration: Personal injury claim | X | | X | |
| ACCOUNT NO. Sherwin Williams 2109 Park Avenue South Plainfield, NJ 07080 | | | | | | X | 1,148.52 |
| ACCOUNT NO. Somerset Supply Co. 169 Somerset Street North Plainfield, NJ 07060 | | | | | | | 25.74 |
| ACCOUNT NO. Standard Lumber 1024 Elizabeth Avenue Elizabeth, NJ 07201 | | | | | | | 568.73 |

Sheet no. _4_ of _5_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    9,532.59

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Beacon Village, LLC _____,    Case No. _10-21397 (MS)_
                Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. The Jayson Company 2150 Stanley Terrace Union, NJ 07083 | | | | | | X | 10,513.58 |
| ACCOUNT NO. Universal Drain Cleaning, LLC 759 Bloomfield Avenue Caldwell, NJ 07006 | | | | | | | 171.20 |
| ACCOUNT NO. Wilmar 200 East Park Drive Mt. Laurel, NJ 08054 | | | | | | | 322.12 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. _5_ of _5_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    11,006.90

Total▶  $    206,696.87

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  Beacon Village, LLC
_____
                Debtor

Case No.  _____10-21397 (MS)_____
                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Tenants at Beacon Village.  See attached rent roll for list of tenants. | Apartment leases. |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

**In re Beacon Village, LLC**
**Chapter 11 – Case No. 10-21397 (MS)**

**<u>Rider to Schedule G – Executory Contracts</u>**

Attached is the rent roll for Beacon Village Apartments.

## Rent Roll - Beacon Village

| Unit # | Status | Tenant Name |
|--------|--------|-------------|
| BEA-A1 | Occupied | Fredy Guzman |
| BEA-A10 | Occupied | Gloria Morales |
| BEA-A11 | Occupied | Agnes Petterway |
| BEA-A12 | Vacant | |
| BEA-A13 | Occupied | Michael Diggs |
| BEA-A14 | Occupied | Rattanpal Singh |
| BEA-A15 | Occupied | Patricia Ward |
| BEA-A16 | Occupied | Mounir Bari |
| BEA-A2 | Occupied | Joan Simpson |
| BEA-A3 | Occupied | Margarita Diaz |
| BEA-A4 | Occupied | Maria Campana |
| BEA-A5 | Vacant | |
| BEA-A6 | Occupied | Dwayne Bradshaw |
| BEA-A7 | Occupied | Michael Gale |
| BEA-A8 | Occupied | Lloyd Duncan |
| BEA-A9 | Occupied | Marsha Lanham |
| BEA-B1 | Occupied | Miguel Vazquez |
| BEA-B10 | Vacant | |
| BEA-B11 | Occupied | Ruby Woodberry |
| BEA-B12 | Occupied | Gloria Greene |
| BEA-B2 | Occupied | Marco Martinez |
| BEA-B3 | Occupied | superintendent super |
| BEA-B4 | Occupied | Thomas Tucker |
| BEA-B5 | Occupied | Yeimy Aguilar |
| BEA-B6 | Occupied | Marlene Wallace |
| BEA-B7 | Occupied | Holguer Narvaez |
| BEA-B8 | Occupied | Milagrito Colon |
| BEA-B9 | Occupied | Jennifer Sobers |
| BEA-C1 | Occupied | Denise Howard |
| BEA-C10 | Occupied | Adella Calles |
| BEA-C11 | Vacant | |
| BEA-C12 | Vacant | |
| BEA-C13 | Vacant | |
| BEA-C14 | Vacant | |
| BEA-C15 | Occupied | Milta Lopez |
| BEA-C16 | Vacant | |
| BEA-C17 | Vacant | |
| BEA-C18 | Occupied | Enid Moore |
| BEA-C19 | Occupied | Courtney Frost |
| BEA-C2 | Occupied | Jefferson Attidore |
| BEA-C20 | Vacant | |
| BEA-C3 | Occupied | Ralph Petterway |
| BEA-C4 | Occupied | Thomasena Robinson |
| BEA-C5 | Occupied | Jennifer Aliaga |
| BEA-C6 | Occupied | Maria Allen |
| BEA-C7 | Occupied | Carl Fowler |
| BEA-C8 | Occupied | Ramon Lopez |
| BEA-C9 | Occupied | Martha Smith |
| BEA-D1 | Vacant | |
| BEA-D10 | Vacant | |
| BEA-D11 | Occupied | Victor Mcmillian |
| BEA-D12 | Occupied | Fatna Aabilla |
| BEA-D13 | Vacant | |
| BEA-D14 | Occupied | Brenda Clark |
| BEA-D15 | Vacant | |
| BEA-D16 | Occupied | Marsha Scott |
| BEA-D17 | Occupied | Ronnie Duval |
| BEA-D18 | Occupied | Akean Barron |

## Rent Roll - Beacon Village

| Unit # | Status | Tenant Name |
|---|---|---|
| BEA-D19 | Vacant | |
| BEA-D2 | Vacant | |
| BEA-D20 | Occupied | Cyril Smith |
| BEA-D3 | Occupied | Felicia Wardrick |
| BEA-D4 | Occupied | Carmen Martinez |
| BEA-D5 | Occupied | Kashief Perkins |
| BEA-D6 | Occupied | Marie Fausta |
| BEA-D7 | Vacant | |
| BEA-D8 | Occupied | Juan Chajon |
| BEA-D9 | Occupied | Lucretia Irby |
| BEA-GAR | Occupied | Aida Vazquez |
| BEA-GAR | Vacant | |
| BEA-GAR | Occupied | Fernando Leon |
| BEA-GAR | Vacant | |
| BEA-GAR | Vacant | |
| BEA-GAR | Vacant | |
| BEA-GAR | Vacant | |
| BEA-GAR | Vacant | |
| BEA-GAR | Vacant | |
| BEA-GAR | Vacant | |

B6H (Official Form 6H) (12/07)

In re  Beacon Village, LLC _____    Case No.  ___10-21397 (MS)___
             **Debtor**    **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| David M. Connolly<br>106 Stanie Brae Drive<br>Watchung, NJ 07069<br><br>Connolly Properties, Inc.; Fred Tedesco, David M. Connolly,<br>Julio Lorenzo, Lorena Devia | Sovereign Bank<br>619 Alexander Road<br>Princeton, NJ 08540<br><br>Sandy Godoy by his guardian ad litem Rubia Cabrera and<br>Rubia Cabrera, Individually<br>c/o Thomas E. Hood, P.A.<br>139 East Seventh Street<br>Plainfield, NJ 07060 |

B6 (Official Form 6 – Declaration) (12/07)

In re    Beacon Village, LLC
                                                                    Case No.  10-21397 (MS)
_____                                    _____
                Debtor                                                        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date_____    Signature: _____
                                                            Debtor:

Date_____    Signature: _____
                                                     (Joint Debtor, if any)

[If joint case, both spouses must sign.]

_____

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,                   Social Security No.
of Bankruptcy Petition Preparer                            (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

Address _____

X _____    _____
    Signature of Bankruptcy Petition Preparer                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Trustee Under Beacon Village Trust, Sole Member of Debtor [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the Beacon Village, LLC [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 20 sheets (total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date April 28, 2010    Signature: _____
                                        DAVID M. CONNOLLY
                                   [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-769 - 30086

Accelerated Termite & Pest Control
1747 Front Street
Scotch Plains, NJ 07076


AFA Protective Systems, Inc.
155 Michael Drive
Syosset, NY 11791


Bayway Fire Protection, LLC
PO Box 14
Colonia, NJ 07067


Century Star Fuel Corp.
16 Tyson Place
Bergenfield, NJ 07621


Connolly Properties, Inc.
128 East Seventh Street
Plainfield, NJ 07060


Corbett Exterminating, Inc.
70 Jackson Drive
Cranford, NJ 07016


Crystal Grenald
c/o George B. Somers, Esq.
Takacs & Somers
315 Market Street
Trenton, NJ 08650


David M. Connolly
106 Stanie Brae Drive
Watchung, NJ 07069


Elizabethtown Water Company
PO Box 371476
Pittsburgh, PA 15250-7350

ER Solutions, Inc.
800 SW 39th Street
Renton, WA 98055


First Advantage Safe Rent
PO Box 31462
Tampa, FL 33631-3462


Gillmore, Gillmore & Graham
225 Lenox Avenue
Westfield, NJ 07090


Hess Corporation
PO Box 905243
Charlotte, NC 28290-5243


Hilltop Fuel
12 Spielman Road
Fairfield, NJ 07004


Home Depot Commercial Credit
PO Box 9055
Des Moines, IA 50365-9055


Internal Revenue Service
District Director
955 South Springfield Avenue
PO Box 724
Springfield, NJ  07081


Internal Revenue Service
Special Procedures Branch
Attention:  Bankruptcy Section
PO Box 744
Springfield, NJ  07081-0744


IRS
P.O. Box 21126
Philadelphia, PA 19114

Lentz Plumbing & Heating
PO Box 274
East Hanover, NJ 07936-0274


Levy, Ehrlich & Petriello
60 Park Place
Suite 1016
Newark, NJ 07102


New Jersey American Water
PO Box 371476
Pittsburgh, PA 15250-7476


Plainfield Municipal Utilities Authority
PO Box 23310
Newark, NJ 07189


Public Service Electric & Gas
PO Box 14105
New Brunswick, NJ 08906-4105


R.L. Landscape Contractors
PO Box 7336
Watchung, NJ 07069


Sandy Godoy by his g/a/l
   Rubia Cabrera
c/o Thomas E. Hood, P.A.
139 East Seventh Street
Plainfield, NJ 07060


Sherwin Williams
2109 Park Avenue
South Plainfield, NJ 07080


Somerset Supply Co.
169 Somerset Street
North Plainfield, NJ 07060

Sovereign Bank
Attn. Sharil A. Clarke, Esq.,
        VP and Sr. Counsel
619 Alexander Road
Princeton, NJ 08540



Sovereign Bank
c/o Kevin J. Larner, Esq.
Riker Danzig Scherer
    Hyland & Perretti LLP
Headquarters Plaza 1 Speedwell Avenue
Morristown, NJ 07962


Standard Lumber
1024 Elizabeth Avenue
Elizabeth, NJ 07201

State of New Jersey
Division of Taxation
Sales & Use Tax
PO Box 999
Trenton, NJ 08625


Tax Collector
City of Plainfield
515 Watchung Avenue
Plainfield, NJ 07060



The Jayson Company
2150 Stanley Terrace
Union, NJ 07083


Universal Drain Cleaning, LLC
759 Bloomfield Avenue
Caldwell, NJ 07006

Wilmar
200 East Park Drive
Mt. Laurel, NJ 08054

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re  Beacon Village, LLC                                    Case No.  10-21397 (MS)
                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | | SOURCE | |
|---|---|---|---|---|
| 2010 | 10,654.00 | Rental income | FY: 1/1/2010 to Present | |
| 2009 | 661,292.00 | Rental income | FY: 1/1/2009 to 12/31/2009 | |
| 2008 | 776,845.00 | Rental income | FY: 1/1/2008 to 12/31/2008 | |

**2.    Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                            SOURCE

---

**3. Payments to creditors**

None
☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None
☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| FIA Card Services | | 6,551.00 | |
| Connolly Properties, Inc. 128 East Seventh Street Plainfield, NJ 07060 | | 7,108.00 | |
| Elizabethtown Water Co. | | 7,078.00 | |
| Century Star Fuel Corp. 16 Tyson Place Bergenfield, NJ 07621 | | 30,647.00 | |
| PSE&G PO Box 14105 New Brunswick, NJ 08906-4105 | | 20,950.00 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

None
☐

    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Daniel and Amy McElroy<br>1078 Angela Road<br>Wagener, SC 29164 | | $41.67 | |
| Ellen Rabinowitz Revocable Trust<br>Agreement, as Amended<br>9817 NW 65th Court<br>Tamarac, FL 33321 | | $125.00 | |
| Kevin and Mindy Martin<br>12 Dayton Road<br>Morris Plains, NJ 07950 | | $125.00 | |
| David Xenitelis<br>113 Washington Valley Road<br>Morristown, NJ 07960 | | $125.00 | |
| Abbot and Alice Gelerter<br>9981 Mantova Drive<br>lake Worth, FL 33467 | | $250.00 | |
| David and Debra Gluck<br>25 Crossbrooke Court<br>Howell, NJ 07731 | | $250.00 | |
| Michael Kramer<br>226 Poplar Court<br>Wantagh, NY 11793 | | $250.00 | |
| Howard and Carol Linett<br>5280 Glenville Drive<br>Boynton Beach, FL 33437 | | $250.00 | |
| Elaine Xenitelis<br>337 Powerville Road<br>Boonton Twp., NJ 07005 | | $250.00 | |
| Penelope Zimmerman<br>702 Porter Way West<br>Bridgewater, NJ 08807 | | $250.00 | |
| Andrew and Diane Cangelosi<br>21715 Windham Run<br>Estero, FL 33928 | | $500.00 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Carmela Stockmann Trust<br>c/o Carmela Stockmann Trustee<br>548 NW Lambrusco Drive<br>Port St. Lucie, FL 34986 | | $500.00 | |
| Lucille Teresa San Martin 99%<br>JTTEN<br>and Michelle San Martin 1%<br>JTTEN<br>44 Walden Court<br>East Moriches, NY 11940 | | $500.00 | |
| Alfred and Carole Joseph<br>6577 Hawaiian Avenue<br>Boynton Beach, FL 33437 | | $583.33 | |
| Theresa Santulli<br>14 Golf Road<br>Edison, NJ 08820 | | $1,000.00 | |
| John and Alice Cangelosi<br>23221 Whispering Ridge Drive<br>Bonita Springs, FL 34135 | | $1,750.00 | |
| Robert R. Full Trust<br>c/o Robert R. Full, Trustee<br>455 Cove Tower Drive<br>Naples, FL 34110 | | $1,750.00 | |
| David M. and Donna X. Connolly<br>106 Stanie Brae Drive<br>Watchung, NJ 07069 | | $3,500.00 | |
| Ellen McDermott Trust<br>c/o Ellen D. Full, Trustee<br>455 Cove Tower Drive<br>Naples, FL 34110 | | $3,500.00 | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None   a.   List all suits and administrative proceedings to which the debtor is or was a party within one year
☐   immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Sovereign Bank v. Beacon Village, LLC and David M. Connolly Docket No. F-5874-10 | Foreclosure action | Superior Court of New Jersey Chancery Division/Union County | Pending |
| Sandy Godoy by his guardian ad litem, Rubia Cabrera and Rubia Cabrera, Individually v. Connolly Properties, Inc., Fred Tedesco, Beacon Village, LLC, David M. Connolly, Julio Lorenzo, Lorena Devia and John Does 1-10 Docket No. L-3588-06 | Personal injury action | Superior Court of New Jersey Union County/Law Division | Pending |
| Crystal Grenald v. Beacon Village, LLC Docket No. L037206 | Personal injury action | Superior Court of New Jersey Middlesex County/Law Division | Pending |

None   b.   Describe all property that has been attached, garnished or seized under any legal or equitable process
☒   within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.    Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.    Assignments and Receiverships**

None
☒

a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒

b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.    Gifts**

None
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C. 347 Mt. Pleasant Avenue, Suite 300 West Orange, NJ 07052 | April 15, 2010 | $23,961 (retainer), plus $1,039 (filing fee) |

**10.  Other transfers**

None
☒

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ☒
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None ☒
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None ☒
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None

☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Tenants at Beacon Hill Apartments | Security deposits Amount: $67,142.00 *Due to the fact that under NJ law, the security deposit remains the property of the tenant until it is earned by the landlord, we do not consider the tenant security deposits as assets. | TD Bank 1060-1068 Stelton Road Piscataway, NJ 08854 |

**15.  Prior address of debtor**

None

☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None

☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None

☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Allentown Apartments, LLC | 01-0550837 | 128 East Seventh Street Plainfield, NJ 07060 | Real Estate | |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☒

| NAME | ADDRESS |
|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐           bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED

Gillmore, Gillmore & Graham, LLC
225 Lenox Avenue
Westfield, NJ 07060

V. Valle Schloesser, CFO
Beacon Village, LLC
128 East Seventh Street
Plainfield, NJ 07060

Eva Barczewski
Accounts Payable/Receivable Clerk
Beacon Village, LLC
128 East Seventh Street
Plainfield, NJ 07060

Patricia Acosta
Accounts Payable/Receivable Clerk
Beacon Village, LLC
128 East Seventh Street
Plainfield, NJ 07060

None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☐           case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                      DATES SERVICES RENDERED

Frank Graham                      225 Lenox Avenue
Gillmore, Gillmore &              Westfield, NJ 07090
Graham, LLC

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

None   c.    List all firms or individuals who at the time of the commencement of this case were in possession of the
☐      books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Gillmore, Gillmore & Graham, LLC | 225 Lenox Avenue<br>Westfield, NJ 07090 |
| Beacon Village, LLC | 128 East Seventh Street<br>Plainfield, NJ 07060 |

None   d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☐      a financial statement was issued within the two years immediately preceding the commencement of this case by
       the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| Sovereign Bank<br>619 Alexander Road<br>Princeton, NJ 08540 | |

**20. Inventories**

None   a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒      taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|-------------------------------------|

None   b.    List the name and address of the person having possession of the records of each of the two inventories
☒      reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF<br>INVENTORY RECORDS |
|-------------------|----------------------------------------------------------|

**21. Current Partners, Officers, Directors and Shareholders**

None   a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

| | b. | If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |
|---|---|---|

None ☐

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| David M. Connolly and Donna X. Connolly<br>106 Stanie Brae Drive<br>Watchung, NJ 07069 | Managing Members | 22.582% (14 shares) |
| John and Alice Cangelosi<br>23221 Whispering Ridge Drive<br>Bonita Springs, FL 34135 | Members | 11.291% (7 shares) |
| Robert R. Full, Trustee for Robert R. Full Trust<br>455 Cove Tower Drive<br>Naples, FL 34110 | Member | 11.291% (7 shares) |
| Ellen D. Full, Trustee for Ellen D. McDermott Trust<br>455 Cove Tower Drive<br>Naples, FL 34110 | Member | 22.582% (14 shares) |
| Valle Schloesser<br>Beacon Village, LLC<br>128 East Seventh Street<br>Plainfield, NJ 07060 | CFO | |

**22. Former partners, officers, directors and shareholders**

None ☒

a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒

b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23. Withdrawals from a partnership or distribution by a corporation**

None
☒

If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group**

None
☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds**

None
☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    April 2̲8̲, 2010                    Signature _____

DAVID M. CONNOLLY,
Trustee Under Beacon Village Trust, Sole Member
of Debtor
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30316

__0__  continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

## UNITED STATES BANKRUPTCY COURT
### District of New Jersey

In re:  Beacon Village, LLC

Case No. 10-21397 (MS)
Chapter 11

### List of Equity Security Holders

| Holder of Security | No. Registered | Type of Interest |
| --- | --- | --- |
| David M. and Donna X. Connolly<br>106 Stanie Brae Drive<br>Watchung, NJ 07069 | 14 | 22.582% |
| Elaine Xenitelis<br>337 Powerville Road<br>Boonton Twp., NJ 07005 | 1 | 1.613% |
| Kevin and Mindy Martin<br>12 Dayton Road<br>Morris Plains, NJ 07950 | ½ | .8065% |
| Michael Kramer<br>226 Poplar Court<br>Wantagh, NY 11793 | 1 | 1.613% |
| Alfred and Carole Joseph<br>6577 Hawaiian Avenue<br>Boynfon Beach, FL 33437 | 2-1/3 | 3.7835% |
| David and Debra Gluck<br>25 Crossbrooke Court<br>Howell, NJ 07731 | 1 | 1.613% |
| Carmela Stockmann, Trustee for<br>Carmela Stockmann Trust<br>548 NW Lambrusco Drive<br>Port St. Lucie, FL 34986 | 2 | 3.226% |
| David Xenitelis<br>113 Washington Valley Road<br>Morristown, NJ 07960 | ½ | .8065% |
| John and Alice Cangelosi<br>23221 Whispering Ridge Drive<br>Bonita Springs, FL 34135 | 7 | 11.291% |
| Abbot and Alice Gelerter<br>9981 Manotva Drive<br>Lake Worth, FL 33467 | 1 | 1.613% |

| Holder of Security | No. Registered | Type of Interest |
|---|---|---|
| Andrew and Diane Cangelosi<br>21715 Windham Run<br>Estero, FL 33928 | 2 | 3.226% |
| Penelope W. Zimmerman<br>702 Porter Way West<br>Bridgewater, NJ 08807 | 1 | 1.613% |
| Howard and Carol Linett<br>5280 Glenville Drive<br>Boynton Beach, FL 33437 | 1 | 1.613% |
| Robert R. Full, Trustee for<br>Robert R. Full Trust<br>455 Cove Tower Drive<br>Naples, FL 34110 | 1 | 1.613% |
| Lucille Teresa San Martin 99% JTTEN and<br>Michelle San Martin 1% JJTEN<br>44 Walden Court<br>East Moriches, NY 11940 | 2 | 3.226% |
| The Ellen Rabinowitz Revocable<br>Trust Agreement, as Amended<br>9817 NW 65th Court<br>Tamarac, FL 33321 | ½ | .8065% |
| Theresa Santulli<br>14 Golf Road<br>Edison, NJ 08820 | 4 | 6.452% |
| Ellen D. Full, Trustee for<br>Ellen D. McDermott Trust<br>455 Cove Tower Drive<br>Naples, FL 34110 | 14 | 22.582% |
| Daniel and Amy McElroy<br>1078 Angela Road<br>Wagener, SC 29164 | 1/6 | .27% |